# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| IN THE MATTER OF APPROXIMATELY | : | CIVIL ACTION NO. 24-CV-186 |
| 11,475.55 USDT IN BINANCE WALLET | : | |
| ADDRESS ENDING IN QefBHk7 | : | |
| WITH USER ID ENDING IN 7810 | : | |
| IN THE NAME OF PRATEEK BHATT | : | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

NOW INTO COURT COMES Plaintiff, United States of America, by and through undersigned counsel, who alleges the following:

## NATURE OF THE ACTION

1. This is a civil action *in rem* to forfeit to the United States 11,475.548845 in Binance Wallet Address ending in QefBHk7 with User ID ending in 7810 in the name of Prateek Bhatt (the "defendant property") representing proceeds traceable to a violation of a wire fraud offense, in violation of 18 U.S.C. § 1343. Therefore, pursuant to 18 U.S.C. § 981(a)(1)(C), the defendant property is subject to forfeiture to the United States of America.

2. The defendant property was seized on or about October 12, 2023, and is in the custody of the United States Treasury.

## JURISDICTION AND VENUE

3. The United States brings this action in rem in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest

warrant in rem pursuant to Supplemental Rule G(3)(b), which the United States will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(b) & (c).

5. Venue is proper in this district, pursuant to 28 U.S.C. § 1355(b)(1), because acts or omissions giving rise to the forfeiture occurred in this district, pursuant to 28 U.S.C. § 1395.

## THE DEFENDANT IN REM

6. The defendant property consists of the following:

Approximately 11,475.548845 in Binance Wallet Address ending in QefBHk7 with User ID ending in 7810 in the name of Prateek Bhatt seized on or about October 12, 2023 (the "defendant property").

## FACTS

7. On October 11, 2023, victim S.M., a resident of Baton Rouge, Louisiana, was searching the internet on his/her iPad when a pop-up message appeared on his/her iPad screen that could not be removed. The message alerted that the device security had apparently been compromised and that the user needed to contact Apple at 877-617-2493.

8. When victim S.M. called the number supposedly for Apple, a person advised that hackers had compromised his/her iPad and bank account at Chase Bank. Victim S.M. was then transferred to whom he/she believed was the Chase Bank Fraud Department. The next individual victim S.M. spoke with identified himself as "Walter Donovan" with Chase Bank. Once speaking with "Donovan," victim S.M. became convinced that his/her iPad had in fact been compromised and that there were several pending unauthorized charges on his/her account. "Donovan" informed the victim that, to protect his/her money, the victim needed to withdraw cash from his/her bank account and deposit it into bitcoin ATMs and send the funds to a "secure account" created for the victim, supposedly by Chase Bank.

9. In compliance with "Donovan's" instructions, on October 11, 2023, victim S.M. withdrew approximately $24,000 in cash from his/her bank account and deposited the cash into multiple bitcoin ATMs around the Baton Rouge, Louisiana area. The cash was converted into bitcoin (BTC) and was sent from these bitcoin ATMs to multiple bitcoin addresses including the BTC address ending in "kxukln."

10. United States Secret Service Special Agent Henry Thomasson reviewed the transaction history for these bitcoin addresses, which revealed that they had only received funds from victim S.M. and that none of the funds had been disbursed.

11. The transactional review also revealed that all funds in the bitcoin address ending in kxukln, approximately 0.43138036 bitcoin, were transferred to the Binance Wallet Address ending in QefBHk7 with User ID ending in 7810 in the name of Prateek Bhatt ("Target Binance Account"). Once the bitcoin was transferred to the Target Binance Account, the bitcoin was converted to USDT. The value of 0.43138036 bitcoin on October 12, 2023, was equivalent to approximately 11493.5516 USDT.

12. Special Agent Henry Thomasson has investigated this same type of fraud scheme on numerous previous occasions. Based on his experience and knowledge, bad actors often impersonate the fraud department of a victim's bank to convince the victim that their account is compromised and to add urgency to their decision-making.

13. The defendant property is believed to be the proceeds of a wire fraud offense and, thus, forfeitable to the United States because victim S.M. was defrauded and because some of victim S.M.'s funds were traced to the Target Binance Account, after being deposited into bitcoin ATMs around the Baton Rouge area and after all the victim's bitcoin from the bitcoin address

ending in kxukln was transferred to the Target Binance Account and subsequently converted into USDT.

## LAW

14. 18 U.S.C. § 981(a)(1)(C) provides that the following shall be subject to forfeiture to the United States:

> "Any property, real or personal, which constitutes or derived from proceeds traceable to . . . any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title) . . . ."

## BASIS FOR FORFEITURE

15. The defendant property is subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), because it represents property constituting proceeds traceable to a violation of a wire fraud offense.

## CLAIM FOR RELIEF

16. Based on the facts set forth and incorporated herein, the defendant property should be properly condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, the plaintiff requests that the Court issue a warrant and summons for the arrest and seizure of the defendant property; that notice of this action be given to all persons known or thought to have an interest in or right against the defendant property; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs

and disbursements in this action; and that the Court award the plaintiff such other and further relief as this Court deems proper and just.

                                     UNITED STATES OF AMERICA, by

                                     RONALD C. GATHE, JR.
                                     UNITED STATES ATTORNEY


                                     /s/ J. Brady Casey
                                     J. Brady Casey, LBN: 24338
                                     Assistant United States Attorney
                                     777 Florida Street, Suite 208
                                     Baton Rouge, Louisiana 70801
                                     Telephone: (225) 389-0443
                                     Fax: (225) 389-0685
                                     E-mail: john.casey@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:

IN THE MATTER OF APPROXIMATELY
11,475.55 USDT IN BINANCE WALLET
ADDRESS ENDING IN QefBHk7
WITH USER ID ENDING IN 7810
IN THE NAME OF PRATEEK BHATT

CIVIL ACTION NO. 24-CV

## VERIFICATION

I, Henry Allen Thomasson, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Secret Service, that I have read the foregoing <u>Verified Complaint In Rem</u> and know the contents thereof, and that the matters contained in the complaint are true to my own knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers, as a Special Agent with the United States Secret Service.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this 6 day of March, 2024.

HENRY ALLEN THOMASSON
Special Agent
United States Secret Service